No. 71–1119. INDIANA EMPLOYMENT SECURITY DIVISION ET AL. *v.* BURNEY. Appeal from D. C. N. D. Ind. [Probable jurisdiction noted, 406 U. S. 956.] Motions of National Employment Law Project et al., and American Federation of Labor and Congress of Industrial Organizations for leave to file briefs as *amici curiae* granted.

No. 71–1193. UNITED STATES *v.* ENMONS ET AL. Appeal from D. C. E. D. La. [Probable jurisdiction noted, 406 U. S. 916.] Motion of American Newspaper Publishers Assn. for leave to file a brief as *amicus curiae* granted.

No. 71–1585. UNITED STATES *v.* RUSSELL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 911.] Motion for appointment of counsel granted. It is ordered that Thomas H. S. Brucker, Esquire, of Seattle, Washington, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 72–243. CLEAN AIR COORDINATING COMMITTEE *v.* ROTH ADAM FUEL CO. ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief expressing the views of the United States. 

No. 72–160. DURST *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. Motions to dispense with printing petition and for leave to use record in No. 72–42 [*Durst* v. *National Casualty Co., Inc., infra*] granted. Motion for leave to file petition for writ of certiorari denied.

No. 72–136. DURST *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL. Motion to dispense with printing petition for writ of mandamus granted. Motion for leave to file petition for writ of mandamus and other relief denied.